SUSANNA HUGHES, an Infant, by MARY HUGHES, Her Guardian ad Litem, Appellant, *v.* BORDEN'S FARM PRODUCTS COMPANY, INC., Respondent.

(Argued October 7, 1929; decided October 22, 1929.)

*William J. Hogan, Leonard F. Fish* and *Thomas J. O'Neill* for appellant.

*John A. Kelly* for respondent.

Judgment of the Appellate Division reversed and that of the Trial Term affirmed, with costs in this court and the Appellate Division, on the ground that there was evidence of negligence sufficient to present a question of fact for the jury; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, O'BRIEN and HUBBS, JJ. Dissenting: KELLOGG, J.